ROGERS JOSEPH O'DONNELL
Dennis C. Huie (State Bar No. 184377)
dhuie@rjo.com
Aaron M. Scolari (State Bar No. 237397)
ascolari@rjo.com
311 California Street, 10th Floor
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendant
GALADI GROUP, INC. fka DER WIENERSCHNITZEL INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA SAWATZKY,<br><br>                    Plaintiff,<br><br>       vs.<br><br>GALARDI GROUP, INC. a California Corporation, d/b/a WIENERSCHNITZEL RESTAURANT a/k/a WIENERSCHNITZEL a/k/a WIENERSCHNITZEL #129; DER WIENERSCHNITZEL INTERNATIONAL, INC., a California corporation; ROBERT S. STURGES, an individual; and DOES 1-20, inclusive,<br><br>                    Defendants. | Case No. 5:16-cv-00778-NC<br><br>**STIPULATION AND ORDER CONTINUING THE JULY 27, 2016 CASE MANAGEMENT CONFERENCE**<br><br>Date of first filing:    February 16, 2016 |

Plaintiff JULIA SAWATZKY (hereinafter "Plaintiff") and defendant GALADI GROUP, INC. fka DER WIENERSCHNITZEL INTERNATIONAL, INC. (hereinafter "Defendant"), by and through their attorneys of record, stipulate to continue the Case Management Conference currently scheduled for July 27, 2016 as follows:

   1.    Plaintiff filed this action on February 16, 2016.

   2.    The Parties have been working cooperatively within the parameters of General

Page 1

1  Order 56 to resolve Plaintiff's claims, including conducting a joint site inspection on May 17,
2  2016.

3     3.     The parties are currently engaged in settlement discussions as to both monetary
4  and injunctive relief and believe that resources should be conserved in order to provide the best
5  chance of resolving this matter through continuing negotiations.

6     4.     For the above stated reasons, the Parties stipulate that the Case Management
7  Conference set for July 27, 2016 at 10:00 a.m. be continued to September 28, 2016, at 10:00 a.m.,
8  or the first date thereafter that is available on the Court's calendar, so that the parties can continue
9  to engage in settlement discussions.

10     Respectfully submitted,

12  Dated: July 22, 2016    ROGERS JOSEPH O'DONNELL

14  /s/ Aaron M. Scolari
    Dennis C. Huie
    Aaron M. Scolari
15  Attorneys for Defendant
    GALADI GROUP, INC.

18  Dated: July ___, 2016    LAW OFFICES OF IRENE KARBELASHVILI

19  /s/ Irene Karbelashvili
    Irene Karbelashvili
20  Attorneys for Plaintiff
    JULIA SAWATZKY

## **ORDER**

**PURSUANT TO THE PARTIES' STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Case Management Conference set for July 27, 2016, is hereby continued to September 28, 2016 at 10:00 a.m.  The Parties' Joint Case Management Statement is due no later than September 21, 2016.

**IT IS SO ORDERED**.

Dated:   July 22, 2016    _____
United States Magistrate Judge



Page 3

STIPULATION AND PROPOSED ORDER CONTINUING THE JULY 27, 2016 CASE MANAGEMENT CONFERENCE
CASE NO: 5:16-cv-00778-NC

378740.1